THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

APR 19 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CRIMINAL NO. 17-cr-30070-NJR
)
SEAN COOK, )
)
Defendant. )

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**UNLAWFUL SALE OF AN UNREGISTERED SECURITY**

1. At all times relevant, Title 15, United States Code, Section 77e made it unlawful for any person directly or indirectly to make use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell a security unless a registration statement was in effect with the Securities and Exchange Commission.

2. At all times relevant, Title 15, United States Code, Section 77x made it a criminal offense to willfully violate the securities laws, including the failure to register a security that is sold through the use of instrumentalities of interstate commerce.

3. Liberty Trading, L.P. was an Illinois limited partnership with a last known address of 422 W. Gallatin St., Vandalia, Illinois 62471. Sean Cook was a partner in Liberty Trading acting with others.

4. Liberty Trading sold coins, precious metals (gold and silver), and firearms.

5. Respondent, Liberty Trading, issued a Promissory Note dated November 2, 2011, to an Illinois resident ("D.F.") for fifty thousand dollars ($50,000) which was signed by Sean

Cook. Liberty Trading was to pay D.F. $833.33 a month. D.F. was told that the payments could be made in cash or in precious metals. There was no end date and no rate of interest was provided.

6. D.F. received monthly payments until around or about May 2013 then received one additional payment for $5,000 on or about May 1, 2014. She has received no payments since then.

7. During or about the summer of 2012, Sean Cook and others talked to "R.C." about investing in Liberty Trading, Cook boasted that a St. Louis professional sports player had invested one hundred thousand dollars ($100,000) and it had turned into one million dollars ($1,000,000).

8. Liberty Trading, issued a Promissory Note dated August 8,2012 to R.C. and L.C. (also Illinois residents), for fifty thousand dollars ($50,000) which was signed by Sean Cook, Liberty Trading was to pay R.C. and L.C. $416.16 by check or $726.35 in precious metals every month, for at least six months. The agreement specified that the investment was to be used to purchase inventory for the business.

9. R.C. and L.C. received monthly payments until around May 2013 when the payments stopped then received one additional payment for $5,000 on or about May 1, 2014.

10. The money received as a result of the promissory notes was used not only to buy inventory but for Liberty Trading's general operations. Liberty Trading L.P. was a failing business that continued to sell and offer to sell items via the Internet in order to attempt to raise money to pay previous customers. Ultimately when Liberty Trading L.P. stopped business operations the business owed a significant amount of money to its customers.

11. The promissory notes sold to investors were securities that were required to be registered but were not. The issuance and sale of the promissory notes used means and instruments of interstate commerce through the negotiation of checks. Liberty Trading was actively involved in interstate commerce through the sale and offer for sale of coins and other merchandise through the Internet.

12. From in or about May of 2010, and continuing through approximately November of 2013, in Fayette County, within the Southern District of Illinois, and elsewhere,

**SEAN COOK,**

defendant herein, acting with others, did willfully sell a security through the use of means and instruments of transportation and communications in interstate commerce for which a registration statement was not in effect in the sale of a security on behalf of Liberty Trading to an investor.

All in violation of Title 15, United States Code, Section 77E(a) and 77x.

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.